**Dismissed and Opinion Filed March 9, 2023**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00548-CV

**JORDAN COGBURN, Appellant**
**V.**
**MELANIE CREEKMORE, Appellee**

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. CV-18-1125**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Smith, and Breedlove
Opinion by Justice Partida-Kipness

Before the Court is Appellant's unopposed motion to dismiss appeal. In the motion, Appellant informs the Court that the parties have reached a settlement and resolved all outstanding issues in this case. Appellant asks this Court to dismiss the appeal with prejudice. We grant the motion and dismiss the appeal with prejudice. *See* TEX. R. APP. P. 42.1(a)(1).

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

220548F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
### JUDGMENT

JORDAN COGBURN, Appellant

No. 05-22-00548-CV          V.

MELANIE CREEKMORE, Appellee

On Appeal from the 15th Judicial
District Court, Grayson County,
Texas
Trial Court Cause No. CV-18-1125.
Opinion delivered by Justice Partida-
Kipness. Justices Smith and
Breedlove participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED WITH PREJUDICE**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 9th day of March 2023.